IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOPEE KHEN,

    Petitioner,                    No. CIV-03-0060 MCE KJM P

    vs.

DAVID L. RUNNELS,

    Respondent.              FINDINGS AND RECOMMENDATIONS

                              /

        On January 28, 2003, the court denied petitioner's request for an extension of time to file his federal habeas petition, and directed him to file a petition as a prerequisite to seeking additional time. Petitioner has failed to do so in this action.[1]

        Accordingly, IT IS HEREBY RECOMMENDED that this case be closed for petitioner's failure to comply with the court's order of January 28, 2003. See Fed. R. Civ. P. 41(b).[2]

        These findings and recommendations are submitted to the United States District

---

[1] The court notes a new petition has been filed and been given the case number CIV-S-04-2150; that case is proceeding.

[2] The clerk's office closed the case administratively in January 2005. These findings and recommendations and any subsequent order from the district court adopting them will constitute the official closing of the case.

1 | Judge assigned to the case, as provided by 28 U.S.C. § 636(b)(l).  Within twenty days after being
2 | served with these findings and recommendations, petitioner may file written objections with the
3 | court.  The document should be captioned "Objections to Magistrate Judge's Findings and
4 | Recommendations."  Petitioner is advised that failure to file objections within the specified time
5 | may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
6 | Cir. 1991).
7 | DATED: May 17, 2005.

                                                UNITED STATES MAGISTRATE JUDGE

2
khen0060.56